

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL ACTION |
| v. : | |
| GERTRUDIS RODRIGUEZ-JIMENEZ : | NO. 07-352-3 |

## ORDER

AND NOW, this 30th day of April, 2009, upon consideration of the Defendant's Omnibus Motion Pursuant to Rule 7(C) and 12(B) and (C) (Docket No. 199), and the Government's response thereto, IT IS HEREBY ORDERED that the Motion is **GRANTED IN PART and DENIED IN PART** as follows: The Motion is GRANTED as to suppression of evidence seized from search of the 2002 Cadillac Sedan, without prejudice to the Government to seek leave to present further evidence as to that search and seizure. In all other respects the Motion is DENIED.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge