

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | |
| GERTRUDIS RODRIGUEZ-JIMENEZ | : | NO. 07-352-3 |



FILED
JAN 13 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 12th day of January, 2010, upon consideration of the motion of Defendant Gertrudis-Rodriguez-Jimenez to withdraw his guilty plea (Docket No. 279) and the Government's response thereto, and following the December 14, 2009 evidentiary hearing at which the motion was orally denied, it is hereby confirmed that the motion is **DENIED**.

BY THE COURT:

GENE E.K. PRATTER
*United States District Judge*