IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 07-352-3 |
| | : |
| GERTRUDIS RODRIGUEZ-JIMENEZ | : |
| USM#55960-066 | : |

### ORDER

**AND NOW** this 24th day of July, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 121 months, effective November 1, 2015.

BY THE COURT:

The Honorable Gene E.K. Pratter
United States District Court Judge